UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 99-356(1)(DSD/JMM)

United States of America,

                    Plaintiff,

v.                                              **ORDER**

Aaron Dale Carver,

                    Defendant.


     This matter is before the court upon the pro se motion by

defendant Aaron Dale Carver for an order directing the Bureau of

Prisons to change his release designation from Minneapolis,

Minnesota to Tacoma, Washington.[1]  The court must deny the motion

because "the BOP has the exclusive authority to determine the

location of a prisoner's release." United States v. Hartshorn, 163

F. App'x 325, 330 (5th Cir. 2006); see also United States v. Voda,

994 F.2d 149, 151-52 (5th Cir. 1993) (observing that "only the

Bureau of Prisons has the actual authority to designate the place

of incarceration" because "the executive branch and not the

judicial branch is responsible for administering sentences");

D'Amario v. Weiner, 2013 WL 5565773, at 4 (D.N.J. Oct. 8, 2013)

(holding that the BOP had discretion to determine defendant's

release location); see also 18 U.S.C. § 3624(d)(3) ("Upon the

release of a prisoner ... the Bureau of Prisons shall furnish the

prisoner with ... transportation to the place of the prisoner's

_____

     [1]  Defendant is scheduled to be released on January 29, 2026.

conviction, to the prisoner's bona fide residence within the United

States, or to such other place within the United States as may be

authorized by the Director.").

Accordingly, based on the above, **IT IS HEREBY ORDERED** that the

motion [ECF No. 370] is denied.


Dated:  January 11, 2016


s/David S. Doty
David S. Doty, Judge
United States District Court